DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

11 JUNE 2014

| 134P14 | State v. Walter Anthony Arthur | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Durham County | Dismissed |
|---|---|---|---|
| 138P14 | Theodore Justice v. Joyner's Auto Body & Paint, Kevin Wayne Joyner, and Conrad Boyd Sturges, III, Law Firm of Davis, Sturges & Tomlinson | Plt's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 140P14 | State v. Eradio Velazquez-Perez and Edgar Ampelio-Vallalvazo | 1. State's Motion for Temporary Stay (COA13-694)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's (Edgar Ampelio-Villalvazo) Conditional PDR Under N.C.G.S. § 7A-31<br><br>5. Def's (Eradio Velazquez-Perez) NOA Based Upon a Constitutional Question<br><br>6. Def's (Eradio Velazquez-Perez) PDR Under N.C.G.S. § 7A-31<br><br>7. State's Motion to Dismiss Appeal | 1. Allowed **05/05/2014** Dissolved **06/11/2014**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as Moot<br><br>5. ---<br><br>6. Denied<br><br>7. Allowed |
| 146P14 | Tracey Cline v. David Hoke, Individually and as Custodian of the Public Records Pursuant to N.C.G.S. § 132-2 | Plt's *Pro Se* PDR Prior to a Determination of the COA (COA14-428) | Denied<br><br>**Parker, J., recused** |
| 147P14 | Celestine L. Simmons v. City of Greensboro, Housing Community Development Department (HCD), City Attorney Mujeeb Shah-Khan, and City Manager Denise Turner-Roth | Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1065) | Denied |